# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carlton L. Davis,

    Plaintiff(s),            JUDGMENT IN A CIVIL CASE

vs.                         3:06-cv-282-2-MU

State of North Carolina, and
Rick Jackson,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2006 Order.

**Signed: July 13, 2006**

*[Signature]*

Frank G. Johns, Clerk
United States District Court