# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Carlton L. Davis,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    3:06-cv-282-2-MU

State of North Carolina, and
Rick Jackson,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2006 Order.

**Signed: July 13, 2006**


Frank G. Johns, Clerk
United States District Court